STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT  DESIGNATED  FOR  PUBLICATION

Eugene Paul Cicardo, Jr.
Attorney at Law
P. O. Box 1128
Alexandria LA 71309


REHEARING ACTION: March 24, 2010


**Docket Number: 10   00131-CW**

**DAWN M. ARMER (MARLER)**
**VERSUS**
**STATE FARM INSURANCE COMPANY,**
**ET AL.**

**Writ Application from Rapides Parish Case No. 90144**


**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Oswald A. Decuir**
**Hon. David Ellis Chatelain**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dawn M. Armer (Marler)** has this day been

**DENIED.**
Thibodeaux, C. J., would grant.


cc: David A. Strauss, Counsel for the Applicant
    Shalni A. Chandwani, Counsel for the Applicant
    Howell D. Jones, IV, Counsel for  the Respondent